1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

12

**DISTRICT OF NEVADA**

13

14

GILES K.J. MANLEY,                          )
                                            )
15

                Petitioner,          )          3:11-cv-00354-HDM-RAM
                                            )
16

vs.                                         )          **ORDER**
                                            )
17

ELY STATE PRISON WARDEN, *et al.*,          )
                                            )
18

              Respondents.            )
                                            )
19

                                            )
_____/
20

21

      This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner,

22

a state prisoner, is proceeding *pro se*.  Petitioner has filed a motion to proceed *in forma pauperis*.

23

(ECF No. 4.)  Based on the information concerning petitioner's financial status, the court finds that

24

the motion to proceed *in forma pauperis* should be denied .  Petitioner must pay the full filing fee of

25

$5.00.

26

1       Petitioner moves the court for the appointment of counsel. (ECF No. 5.)  There is no

2  constitutional right to appointed counsel for a federal habeas corpus proceeding.  *Pennsylvania v.*

3  *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The

4  decision to appoint counsel is generally discretionary.  *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th

5  Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.),

6  *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the

7  case are such that denial of counsel would amount to a denial of due process, and where the

8  petitioner is a person of such limited education as to be incapable of fairly presenting his claims.  See

9  *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).  In this case,

10  it appears that the claims are somewhat complex.  Additionally, petitioner is relatively young and is

11  serving a life sentence without the possibility of parole.  Therefore, petitioner's motion for counsel

12  shall be granted.

13       **IT IS THEREFORE ORDERED** that the clerk **DETACH** and **FILE** the petition (ECF No.

14  1-1.)

15       **IT IS FURTHER ORDERED** that petitioner's motion to proceed *in forma pauperis* (ECF

16  No. 1) is **DENIED.**  Petitioner shall have thirty (30) days from the date this order is **ENTERED** in

17  which to have the designated fee sent to the clerk.

18       **IT IS FURTHER ORDERED** that petitioner's motion for the appointment of counsel (ECF

19  No. 5) is **GRANTED.** The Federal Public Defender for the District of Nevada (FPD) is appointed to

20  represent petitioner.

21       **IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD

22  a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF No. 1-1).

23  The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance

24  or to indicate to the court its inability to represent petitioner in these proceedings.

25

26

1    **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the

2 court will issue a scheduling order, which will, among other things, set a deadline for the filing of a

3 first amended petition.

4    Dated this 16th day of June, 2011.

5

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3