# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GILES MANLEY,

    Petitioner,

vs.

WARDEN, HIGH DESERT STATE PRISON, *et al.*,

    Respondents.

Case No. 3:11-cv-00354-HDM-WGC

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.

    This action was dismissed without prejudice, and the case closed administratively, pursuant to an order entered August 27, 2013. (ECF No. 58). The dismissal resulted from petitioner's election to return to state court to exhaust his state court remedies with respect to certain of his grounds for relief. Petitioner's further state court proceedings have apparently concluded, petitioner has now returned to this Court seeking to reopen this case. (ECF No. 61). Petitioner has filed a second amended petition. (ECF No. 62). Good cause appearing, this action is reopened and the Court now sets a further briefing schedule for this action.

    **IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action (ECF No. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk shall **REOPEN THE FILE** in this action.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days following the date of entry of this order within which to answer, or otherwise respond to, the second amended petition (ECF No. 62).

**IT IS FURTHER ORDERED** that petitioner shall have **forty-five (45) days** following service of the answer to **FILE AND SERVE** a reply brief. If a dispositive motion is filed in response to the second amended petition, the parties shall brief the motion in accordance with Local Rule 7-2.

**IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of any further exhibits filed in this action to the **Reno** Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

Dated this 29th day of August, 2017.

_____
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE