# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GILES MANLEY,

    Petitioner,

    v.

WARDEN HIGH DESERT STATE PRISON, et al.

    Respondents.

3:11-CV-00354-HDM-WGC

**ORDER**

Petitioner's unopposed motion for an extension of time to file an opposition (ECF No. 72) is GRANTED. Petitioner shall have up to and including January 10, 2018, within which to file an opposition to the respondents' motion to dismiss.

IT IS SO ORDERED.

DATED: December 14, 2017.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE