**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILES MANLEY, | ) |
|     Petitioner, | ) |
|     v. | ) 3:11-CV-00354-HDM-WGC |
| WARDEN HIGH DESERT STATE PRISON, et al. | ) **ORDER** |
|     Respondents. | ) |

Petitioner moves the court for leave to file a 32-page opposition to respondents' motion to dismiss. Good cause appearing, the motion for leave to file excess pages (ECF No. 77) is GRANTED.

IT IS SO ORDERED.

DATED: This 25th day of January, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE