# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GILES MANLEY, | ) |
| Petitioner, | ) |
| v. | ) 3:11-CV-00354-HDM-WGC |
| WARDEN HIGH DESERT STATE PRISON, et al. | ) **ORDER** |
| Respondents. | ) |

Respondents' unopposed motion for an extension of time to file their reply (ECF No. 79) is GRANTED. Respondents shall have up to and including March 19, 2018, within which to file a reply to petitioner's opposition to the motion to dismiss.

IT IS SO ORDERED.

DATED: This 9th day of February, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE