# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GILES MANLEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN HIGH DESERT STATE PRISON, et al.<br><br>　　　　Respondents. | 3:11-CV-00354-HDM-WGC<br><br>**ORDER** |

Petitioner's unopposed motion for an extension of time (ECF No. 85) is GRANTED. Petitioner shall have to and including February 1, 2019, to file a reply to respondents' answer to the petition in this case.

IT IS SO ORDERED.

DATED: This 18th day of December, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE