**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILES MANLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) 3:11-CV-00354-HDM-WGC |
| v. | ) |
| | ) |
| WARDEN HIGH DESERT STATE PRISON, et al. | ) **ORDER** |
| | ) |
| Respondents. | ) |
| | ) |

Petitioner's unopposed motion for an extension of time (ECF No. 87) is GRANTED. Petitioner shall have to and including March 4, 2019, to file a reply to the respondents' answer to the petition in this case.

IT IS SO ORDERED.

DATED: This 5th day of February, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE