**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILES MANLEY,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN HIGH DESERT STATE PRISON, et al.<br><br>    Respondents. | 3:11-CV-00354-HDM-WGC<br><br>**ORDER** |

Petitioner's unopposed motion for an extension of time (ECF No. 89) is GRANTED. Petitioner shall have to and including March 11, 2019, to file a reply to the respondents' answer to the petition in this case.

IT IS SO ORDERED.

DATED: This 6th day of March, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE