**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILES MANLEY, | ) |
| Petitioner, | ) |
| | ) 3:11-CV-00354-HDM-WGC |
| v. | ) |
| WARDEN HIGH DESERT STATE PRISON, et al. | ) **ORDER** |
| Respondents. | ) |

Petitioner's motion for leave to file a reply in excess of the local page limit (ECF No. 93) is GRANTED, and the reply filed on March 11, 2019, is accepted as properly filed.

IT IS SO ORDERED.

DATED: This 4th day of April, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE