UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILES MANLEY,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN; DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:11-cv-00354-HDM-WGC<br><br>ORDER |

　　This is a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Giles Manley, who is serving, among other sentences, multiple sentences of life without the possibility of parole for crimes he committed at the age of 16.

　　In his fifth ground for relief, Manley alleges that his sentences of life without the possibility of parole constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. There is currently pending before the U.S. Supreme Court a case that could provide further guidance relevant to Manley's claim. *See Jones v. Mississippi*, 140 S. Ct. 1293 (2020). The court has concluded that, in the interests of justice, a stay of these proceedings pending the decision in *Jones* is appropriate.

1

IT IS THEREFORE ORDERED that this action is hereby STAYED pending the decision in *Jones v. Mississippi*, 140 S. Ct. 1293 (2020), or until further order of the court.

IT IS SO ORDERED.

DATED: This 2nd day of November, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE