UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILES MANLEY,<br><br>                    Petitioner,<br>   v.<br><br>WARDEN; DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Respondents. | Case No. 3:11-cv-00354-HDM-WGC<br><br>ORDER |

    This is a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Giles Manley. On November 2, 2020, the court stayed proceedings pending the U.S. Supreme Court's decision in *Jones v. Mississippi*, 140 S. Ct. 1293 (2020). The Supreme Court has now issued its decision in that case. *Jones v. Mississippi*, -- S. Ct. --, 2021 WL 1566605 (Apr. 22, 2021). Accordingly, the stay previously entered is hereby LIFTED. Should either party wish to file a supplemental brief addressing the impact of the decision in *Jones* on the petition in this case, they shall do so no later than May 26, 2021. The petition will thereafter stand submitted.

    IT IS SO ORDERED.

    DATED: This 26th day of April, 2021.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE